**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Lyles <br>           Debtor(s) | CHAPTER 13 |
| FV-I. INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC <br>           Movant <br> vs. | NO. 18-15030 ELF |
| Steven Lyles <br>           Debtor(s) | |
| Gary F. Seitz <br>           Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 18th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FV-I. INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC and its successor in title to proceed with the ejectment action regarding the premises 3839 Marshall Road Drexel Hill, PA 19026. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

 

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**