United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15030-elf
Steven Lyles                                                           Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore         Page 1 of 1         Date Rcvd: Sep 18, 2018
                          Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
db             +Steven Lyles,    3839 Marshall Road,    Drexel Hill, PA 19026-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:16
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    FV-I. INC. IN TRUST FOR MORGAN STANLEY MORTGAGE
               CAPITAL HOLDINGS LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY PERLICK    on behalf of Debtor Steven  Lyles Perlick@verizon.net, pireland1@verizon.net
                                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Lyles <br> <u>Debtor(s)</u> | CHAPTER 13 |
| FV-I. INC. IN TRUST FOR MORGAN STANLEY MORGAGE CAPITAL HOLDINGS LLC <br> <u>Movant</u> <br> vs. | NO. 18-15030 ELF |
| Steven Lyles <br> <u>Debtor(s)</u> | |
| Gary F. Seitz <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 18th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FV-I. INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC and its successor in title to proceed with the ejectment action regarding the premises 3839 Marshall Road Drexel Hill, PA 19026. Furthermore, further bankruptcy filings by either Debtor(s) and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**