Certificate Number: 05781-PAE-DE-031928151

Bankruptcy Case Number: 18-15030



05781-PAE-DE-031928151

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2018, at 6:16 o'clock PM PST, Steven Lyles completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 19, 2018              By:      /s/Allison M Geving

                                       Name:    Allison M Geving

                                       Title:   President